# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.J.D., a minor, individually and as Successor in Interest to ASA JAMES DOLAK, deceased, by and through his Guardian Ad Litem, ANDREA SUSAN DOLAK,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF TORRANCE, a municipal entity, SERGEANT JAMES RUDOLPH, an individual, OFFICER PAUL WILKIINS, an individual, OFFICER ERIC BERNIER, an individual, OFFICER HECTOR SALAS, an individual, and DOES 1 through 10, inclusive,<br><br>    Defendants. | **CASE NO.: CV 14-07463-BRO-MRW**<br><br>**JUDGMENT AFTER JURY TRIAL** |

1

This action came on regularly for trial on March 29, 2016, in Courtroom 14 of this United States District Court.  Plaintiff was J.J.D., by and through his Guardian Ad Litem, Andrea Dolak.  Plaintiff is the minor son of Decedent Asa Dolak.  Plaintiff was represented by Brian T. Dunn and Megan R. Gyongyos of The Cochran Firm California.  Defendants City of Torrance, Sergeant James Rudolph, Officer Paul Wilkins, Officer Eric Bernier, and Officer Hector Salas were represented by Mildred O'Linn and Courtney Arbucci of Manning & Kass, Ellrod, Ramirez, Trestor LLP.

A jury of eight persons was regularly empaneled and sworn.  Witnesses were sworn and testified.  After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury.  The jury deliberated and thereafter returned a verdict as follows:

**42 U.S.C. § 1983 CLAIM**

**QUESTION NO. 1:** Has the plaintiff, J.J.D., proven by a preponderance of the evidence that any of the following defendants violated Asa Dolak's Fourth Amendment Constitutional rights?

| | |
|---|---|
| Sergeant James Rudolph | YES_____NO X____ |
| Officer Paul Wilkins | YES_____NO X____ |
| Officer Eric Bernier | YES_____NO X____ |
| Officer Hector Salas | YES_____NO X____ |

*If you answered "Yes" to this question as to any of the defendants, proceed to Question No. 2.  If you answered "No" to this question as to all of the defendants, proceed to Question No. 5.*

**QUESTION NO. 2:** Has the Plaintiff proven by a preponderance of the evidence that any of the following defendants' conduct caused injury to Asa Dolak?

*Check "Yes" or "No" following the name of only the defendant(s) that you answered "Yes" to in Question No. 1.*

| | |
|---|---|
| Sergeant James Rudolph | YES_____NO_____ |
| Officer Paul Wilkins | YES_____NO_____ |
| Officer Eric Bernier | YES_____NO_____ |
| Officer Hector Salas | YES_____NO_____ |

*If you answered "Yes" to this question as to any of the defendants, proceed to Question No. 3. If you answered "No" to this question as to all of the defendants, proceed to Question No. 5.*

**QUESTION NO. 3:** What is the total amount of damages to Asa Dolak that you find the plaintiff has proven by a preponderance of the evidence.

$_____

*Proceed to Question No. 4.*

**QUESTION NO. 4:** Has the plaintiff proven by a preponderance of the evidence that any of the following defendants acted with malice, oppression, or reckless disregard of Asa Dolak's rights?

3

*Check "Yes" or "No" following the name of only the defendant(s) that you answered "Yes" to in Question Nos. 1 AND 2.*

      Sergeant James Rudolph      YES_____NO_____

      Officer Paul Wilkins      YES_____NO_____

      Officer Eric Bernier      YES_____NO_____

      Officer Hector Salas      YES_____NO_____

*Proceed to Question No. 5.*

## NEGLIGENCE CLAIM

**QUESTION NO. 5:** Has the plaintiff proven that any of the following defendants acted negligently?

      Sergeant James Rudolph      YES <u>X</u>____NO_____

      Officer Paul Wilkins      YES <u>X</u>____NO_____

      Officer Eric Bernier      YES _____NO_____

      Officer Hector Salas      YES _____NO <u>X</u>___

*If you answered "Yes" to this question as to any of the defendants, proceed to Question No. 6. If you answered "No" to this question as to all of the defendants, please skip the remaining questions.*

4

**QUESTION NO. 6:** Has the plaintiff proven that any of the following defendants' negligence was a substantial factor in causing Asa Dolak's death?

*Check "Yes" or "No" following the names of only the defendant(s) that you answered "Yes" to in Question No. 5.*

| | |
|---|---|
| Sergeant James Rudolph | YES <u>X</u>____NO_____ |
| Officer Paul Wilkins | YES <u>X</u>____NO_____ |
| Officer Eric Bernier | YES _____ NO_____ |
| Officer Hector Salas | YES_____NO_____ |

*If you answered "Yes" to this question as to any of the defendants, proceed to Question No. 7. If you answered "No" to this question as to all of the defendants, please skip the remaining questions.*

**QUESTION NO. 7:** What are the plaintiff's damages resulting from the death of Asa Dolak?

      Noneconomic Damages      $<u>6 MILLION</u>

*Proceed to Question No. 8.*

**QUESTION NO. 8:** Have the defendants proven that Asa Dolak was negligent?

      YES <u>X</u>____NO_____

5

*If you answered "Yes" to this question, proceed to Question No. 9. If you answered "No" to this question, please skip the remaining questions.*

**QUESTION NO. 9:** Have the defendants proven that Asa Dolak's negligence was a substantial factor in causing his death?

YES X____NO_____

*If you answered "Yes" to this question, proceed to Question No. 10. If you answered "No" to this question, please skip the remaining questions.*

**QUESTION NO. 10:** What percentage of responsibility for Asa Dolak's harm do you assign to Asa Dolak?

85%

By the operation of law, judgment is entered against Defendant City of Torrance consistent with the verdict on the claim for negligence.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the final judgment in this action be entered as follows:

1. On the claim for negligence: Judgment is entered in favor of Plaintiff J.J.D. in the amount of $900,000.00. Defendants Sergeant James Rudolph and Officer Paul Wilkins and City of Torrance, jointly and

1  severally, are liable for $900,000.00.  Defendants Sergeant James
2  Rudolph and Officer Paul Wilkins and City of Torrance are also liable for
3  interest and costs as provided by law.
4     2.  The total amount awarded to Plaintiff J.J.D. by this Judgment is
5  $900,000.00, plus interest and costs as provided by law.

DATED: JUNE 29, 2016

HON. BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE